UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGOBERTO NUNEZ<br>OSCAR ANDRADE<br>OSCAR RODRIGUEZ,<br><br>Defendants. | Case No. 2:17-CR-00149-TLN |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR ANDRADE,<br><br>Defendant. | Related Case No. 2:08-CR-00079-GEB<br><br>**ORDER RELATING CASES** |

The Court has reviewed the Government's Notice of Related Cases, filed October 6, 2019. (ECF No. 69.) Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123 (E.D. Cal. 1997). Under Local Rule 123, two actions are related when they involve the same parties and are based on a same or similar claim; when they involve the same transaction, property, or event; or when they "involve similar questions of fact and the

same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a).

In Case No. 2:17-cr-00149-TLN ("*Nunez* case"), a federal grand jury returned a four-count indictment against three defendants, including Defendant Andrade on August 24, 2017. (ECF No. 69 at 1–2.) The charges against Defendant Andrade included one count of conspiracy to distribute methamphetamine and three counts of distribution of methamphetamine. (ECF No. 69 at 2.) The indictment also alleged that Defendant Andrade had a 2009 conviction for distribution of methamphetamine, in Case No. 2:08-cr-00079-GEB ("*Andrade* case"). (ECF No. 69 at 2.) At the time of Defendant Andrade's arrest for conduct charged in the *Nunez* case, Defendant Andrade was still on supervised release for his aforementioned conviction. (ECF No. 69 at 2.) The U.S. Probation Office issued a petition violation, but Defendant Andrade's admit/deny hearing has been continued several times pending resolution of the *Nunez* case.

Based on the foregoing facts, the Court finds that the criminal cases are related within the meaning of Local Rule 123(a). With regard to Defendant Andrade, the actions involve the same parties and are based on the same or similar claims. The Court also finds that both matters involve similar or overlapping questions of law and fact, and it will conserve judicial resources to consolidate the cases. The Court notes that the *Nunez* case already before this Court is the larger of the two cases as it involves three defendants rather than just one. Further, this Court is familiar with the charges in *Nunez*, which subsume Defendant Andrade's conduct in the *Andrade* case. For these reasons, it will be most efficient to assign the *Andrade* case to this Court.

IT IS THEREFORE ORDERED that the action denominated 2:08-cr-00079-GEB be reassigned to District Judge Troy L. Nunley, and the caption shall read 2:08-cr-00079-TLN. Any dates currently set in 2:08-cr-00079-GEB are hereby VACATED.

IT IS SO ORDERED.

Dated: October 9, 2019

Troy L. Nunley
United States District Judge