1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160
   Email: defense@dinasantos.com
4
5  Attorney for:
   OSCAR ANDRADE
6

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR ANDRADE,<br><br>　　　　　　Defendant | CASE NO. 2:17-CR-00149 TLN<br>　　　　　　2:08-CR-00079 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 12/5/19 AT 9:30 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, James Conolly, and Defendant Oscar Andrade represented by Attorney Dina Santos, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 14, 2019.

2. By this stipulation, defendants now move to continue the status conference until December 5, 2019, at 9:30 a.m., and to exclude time between November 14, 2019, and December 5, 2019, under Local Code T4. Plaintiff does not oppose this request. The Defense continues to conduct investigation, review discovery and negotiate with the Government.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants desire additional time to continue to conduct investigation, finalize the plea agreement, and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due

Stip. & Order Continuing Status Conf. & Excluding　　　　1
Time Periods Under Speedy Trial Act

diligence. The government does not object to the continuance.

        b)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        c)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 14, 2019, to December 5, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 11, 2019                           MCGREGOR SCOTT
                                                             United States Attorney

                                                             /s/ James Conolly
                                                             JAMES CONOLLY
                                                             Assistant United States Attorney


Dated:  November 11, 2019                           /s/   Dina L. Santos
                                                            DINA L. SANTOS, ESQ.
                                                             Attorney for Oscar Andrade

## ORDER

IT IS SO FOUND AND ORDERED this 12th day of November, 2019.

 

_____
Troy L. Nunley
United States District Judge