1   Dina L. Santos, SBN 204200
    A Professional Law Corporation
2   455 Capitol Mall, Suite 802
    Sacramento, CA 95814
3   Telephone:  (916) 447-0160

4

5   Attorney for:
    OSCAR ANDRADE
6

                    IN THE UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9
    UNITED STATES OF AMERICA,           CASE NO.  2:17-CR-149 TLN & 2:08-CR-079 TLN
10
                        Plaintiff,       STIPULATION AND ORDER TO CONTINUE
11                                       RESET BRIEFING SCHEDULE AND CONTINUE
              v.                         J&S & DISPOSITIONAL HEARING TO 8/20/20 AT
12                                       9:30 A.M.
    OSCAR ANDRADE,
13                      Defendant

14

15

16

17
                               **STIPULATION**
18

19      Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney

20
    James Conolly, and Defendant, OSCAR ANDRADE, by and through his counsel, Dina L. Santos, agree
21

22  and stipulate to reset the briefing schedule and set Judgement and Sentencing and the Dispositional

23
    Hearing to August 20, 2020, at 9:30 a.m., in the above-captioned matter.  The briefing schedule will be
24

25  reset as follows:

26

27

28

                                            1

| | |
|---|---|
| 1 | Judgment and Sentencing Date: | August 20, 2020 |

Reply, or Statement of Non-Opposition:

August 13, 2020

Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:

August 06, 2020

The Presentence Report shall be filed with the Court and disclosed to counsel no later than:

July 30, 2020

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:

July 23, 2020

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  June 1, 2020

McGregor Scott
United States Attorney

 /s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney

Dated:  June 1, 2020

/s/   Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for Oscar Andrade

**ORDER**

IT IS SO FOUND AND ORDERED this 1st day of June, 2020.

Troy L. Nunley
United States District Judge

2