Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
OSCAR ANDRADE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>OSCAR ANDRADE,<br><br>　　　　　　　　　Defendant | CASE NOS.  2:17-CR-0149 TLN &<br>　　　　　　　　2:08-CR-0079 TLN<br><br>STIPULATION AND ORDER TO CONTINUE J&S AND DISPOSITIONAL HEARING TO 9/10/20 AT 9:30 A.M. |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney James Conolly, and Defendant, OSCAR ANDRADE, by and through his counsel, Dina L. Santos, agree and stipulate to reset Judgement and Sentencing and the Dispositional Hearing to September 10, 2020, at 9:30 a.m., in the above-captioned matter.  Probation has been notified of the continuance.

IT IS SO STIPULATED.

Dated:  August 17, 2020　　　　　　　　　　McGregor Scott
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　 /s/ James Conolly
　　　　　　　　　　　　　　　　　　　　　　JAMES CONOLLY
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

Dated:  August 17, 2020                    /s/   Dina L. Santos
                                           DINA L. SANTOS, ESQ.
                                           Attorney for Oscar Andrade

## ORDER

IT IS SO FOUND AND ORDERED this 18th day of August, 2020.

_____
Troy L. Nunley
United States District Judge

2