HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
OSCAR ANDRADE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CR-149-TLN-2 |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| OSCAR ANDRADE, | RETROACTIVE CRIMINAL HISTORY REDUCTION CASE |
| Defendant. | |
| | Judge: The Honorable TROY L. NUNLEY |

Defendant, OSCAR ANDRADE, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to limit the overall criminal history impact of "status points" by assigning zero status points for offenders with six or fewer criminal history points, and one status point for offenders

with seven or more criminal history points ("status-point provision").  See Amendment 821, Part A; *compare* USSG § 4A1.1(d) (2022), *with* USSG § 4A1.1(e) (Nov. 1, 2023).  The United States Sentencing Commission made the status-point provision retroactive beginning February 1, 2024.  See USSG § 1B1.10(e)(2) (Nov. 1, 2023), 88 Fed. Reg. 60534;

3. Mr. Andrade received 3 criminal history points based on his past criminal convictions and 2 criminal history points pursuant to the former USSG § 4A1.1(d), for a total criminal history score of 5, which placed him in criminal history category III.  His total offense level was 31, resulting in a guideline range of 135 to 168 months.  Mr Andrade was not subject to the statutory mandatory minimum sentence as a result of 18 U.S.C. § 3553(e);

4. On September 10, 2020, this Court sentenced Mr. Andrade to a term of 108 months to be served concurrently with the sentence imposed in 2:08-CR-00079 The sentencing range applicable to Mr. Andrade was subsequently lowered by the status-point provision;

5. Mr. Andrade is eligible for a reduction in sentence, which reduces his criminal history score to 3, lowering his criminal history category from III to II, resulting in an amended advisory guideline range of 121 to 151 months;

6. When the defendant's original sentence was below the applicable guideline range, the court may, in accordance with the exception set forth in USSG § 1B1.10(b)(2)(B), grant a comparable reduction below the amended guideline range;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Andrade's term of imprisonment to 97 months, effective February 1, 2024.

Respectfully submitted,

Dated:  January 23, 2024

PHILLIP A. TALBERT
United States Attorney


 /s/  Shelley D. Weger
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 23, 2024

HEATHER E. WILLIAMS
Federal Defender


 /s/ David M. Porter
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
OSCAR ANDRADE

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Andrade is entitled to the benefit of Amendment 821, Part A, the new status-point provision, which reduces his criminal history score to 3 and his criminal history category from III to II, resulting in an amended guideline range of 121 to 151 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b)(2)(B), the term of imprisonment imposed in September 2020 is reduced to a term of 97 months, effective February 1, 2024, to be served concurrently with the sentence imposed in 2:08-CR-00079.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Andrade shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   January 24, 2024

Troy L. Nunley
United States District Judge